```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12358
    KENNETH N THOMPSON
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-3894
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/11/07 .

2. The case was dismissed without confirmation, 11/16/2007.

3. The Debtor paid a total of $   5117.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 2402.36 |
| GEMB | SECURED | .00 | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AAA LINER | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| GARCIA LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MONEE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MONEE | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| RENDERED SERVICE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
---------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00        .00         .00
PRINCIPAL PAID      2402.36         .00         .00        .00     2402.36
INTEREST PAID           .00         .00         .00        .00         .00
TOTAL PAID          2402.36         .00         .00        .00     2402.36
```

The Debtor's attorney, DEBRA J VORHIES-LEVINE          , was allowed $       .00 and was paid $       .00 .

The Trustee received $       88.89 .

Refunds to the Debtor totaled $    2625.75 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE